Esperanza Mansion Group LLC v Mehlenbacher (2024 NY Slip Op 01440)

Esperanza Mansion Group LLC v Mehlenbacher

2024 NY Slip Op 01440

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

243 CA 22-01923

[*1]ESPERANZA MANSION GROUP LLC, TODD ALEXANDER ENTERPRISES, INC., TODD ALEXANDER AND MARY OLIVO, PLAINTIFFS-APPELLANTS,
v
LAWRENCE MEHLENBACHER, ELIZABETH MEHLENBACHER, CATHERINE MAJANE, ESPERANZA MANSION & INN LLC, AND ESPERANZA MANSION ESTATES LLC, DEFENDANTS-RESPONDENTS. 

WEBSTER SZANYI LLP, BUFFALO (ANDREW O. MILLER OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
HARRIS BEACH PLLC, PITTSFORD (KELLY S. FOSS OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Yates County (J. Scott Odorisi, J.), entered November 3, 2022. The order, inter alia, granted in part the motion of defendants for sanctions. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court